# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MARCUS TAITE, AIS 180664** | * |
| | *  **CIVIL ACTION NO. 10-00329-KD-C** |
| **vs.** | * |
| | * |
| **CARTER DAVENPORT,** *et al.* | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated July 30, 2010, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the **31st** day of **August 2010.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**